> ORDER: Motion GRANTED. This matter is remanded back to Lawrence County Circuit Court.
>
> /s/ William L. Campbell Jr.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| ALEXIS MCDANIEL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAPPY PAWS, LLC )<br>)<br>Defendant. ) | Case No. **1:24-cv-00067** |

## CONSENT MOTION TO REMOVE BACK TO STATE COURT

Comes now the Defendant, Happy Paws, LLC, by and through counsel, and files this consent motion to remove this case back to state court. In support, Defendant would show:

Plaintiff filed an Amended Complaint in the Circuit Court for Lawrence County, Tennessee on July 10, 2024. (See attached Exhibit A). This Amended Complaint establishes that Plaintiff's damages do not exceed the amount of $75,000.00. Therefore, the amount in controversy requirement is no longer met pursuant to 28 U.S.C. § 1446(c) and § 1332(a). Defendant invoked removal pursuant to diversity jurisdiction. Because the Plaintiff amended her complaint to plead an amount that does not exceed $75,000.00, Defendant respectfully requests that this action be removed back to the Circuit Court for Lawrence County, Tennessee. Defendant's counsel has communicated with Plaintiff's counsel, who has no opposition to this motion.

WHEREFORE, premises considered, Defendant respectfully requests that this action be removed back to the Circuit Court of Lawrence County, Tennessee.